FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JOE ORTEG-MERRITT,

                 Plaintiff,

   v.

YCDOC, WADOC, YAKIMA
COUNTY JAIL-MEDICAL-
ADMIN, and YAKIMA COUNTY
SUPERIOR COURT,

                 Defendants.

NO:  1:23-CV-3158-RMP

ORDER DISMISSING ACTION

---

     Plaintiff Joe Orteg-Merritt, a prisoner currently housed at the Yakima

County Jail, filed this *pro se* civil rights complaint on October 13, 2023.  ECF No.

1.  On November 21, 2023, the Court granted Plaintiff leave to proceed *in forma*

*pauperis*, advised him of the deficiencies of his complaint, and directed him to

amend or voluntarily dismiss the Complaint within sixty (60) days.  *See* ECF Nos.

5 and 6.  Specifically, Plaintiff did not name as Defendants any persons amenable

to suit under 42 U.S.C. § 1983, or state how any individual Defendant caused or

ORDER DISMISSING ACTION -- 1

personally participated in causing a deprivation of Plaintiff's constitutionally protected rights. *See Arnold v. Int'l Bus. Machines Corp.*, 637 F.2d 1350, 1355 (9th Cir. 1981); *Taylor v. List*, 880 F.2d 1040, 1045 (9th Cir. 1989). ECF No. 6 at 4–7.

The Court cautioned Plaintiff that if he failed to amend his complaint as directed, the Court would dismiss it for failure to state a claim under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1). *Id.* at 11. Plaintiff did not comply with the Court's directives and has filed nothing further in this action. Therefore, it appears that Plaintiff has abandoned this litigation.

For the reasons set forth above and in the Order to Amend or Voluntarily Dismiss Complaint, ECF No. 6, **IT IS ORDERED** that this action is **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

Accordingly, **IT IS HEREBY ORDERED:**

(1) The complaint, **ECF No. 1,** is **DISMISSED** for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1), but **without prejudice** to Plaintiff pursuing appropriate state appellate and federal habeas relief.

(2) Based on this Court's reading of *Washington v. Los Angeles Cty. Sheriff's Dep't,* 833 F.3d 1048 (9th Cir. 2016), this dismissal will **NOT** count as a "strike" pursuant to 28 U.S.C. § 1915(g).

(3) This case is **DISMISSED** and **CLOSED**.

(4) The Court certifies that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED**.  The District Court Clerk is **DIRECTED** to enter this Order, enter judgment, provide copies to Plaintiff, and **CLOSE** the file.

**DATED** January 31, 2024.


_s/ Rosanna Malouf Peterson_
ROSANNA MALOUF PETERSON
Senior United States District Judge

ORDER DISMISSING ACTION -- 3